IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.   4:18-CR-00674-02-JM

KRISTOPHER MITCHELL

## ORDER

Defendant's Motion to Reduce Sentence (Doc. No. 115) is DENIED.

Defendant did not receive "status points" at sentencing, so retroactive guideline Amendment 821 does not change his sentence.

IT IS SO ORDERED this 15th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE