IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                              4:18-CR-00674-02-JM

KRISTOPHER MITCHELL

### ORDER

Defendant's Motion to Reduce Sentence (Doc. No. 121) and Motion for Reconsideration and to Appoint Counsel (Doc. No. 122) are DENIED for the same reasons set out in the November 28, 2023.[1]

To the extent Defendant is asking to file a successive § 2255 petition, that request is DENIED. As amended in April 1996 by the Antiterrorism and Effective Death Penalty Act, § 2255 requires that all successive § 2255 motions be certified by the appropriate court of appeals before they are considered by the district courts.[2]

IT IS SO ORDERED this 29th day of January, 2024.

                                                                     _____
                                                                     UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 119.

[2] *Boykin v. U.S.*, 242 F.3d 373 (8th Cir. 2000).