# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**

**VS.**                             **4:18-CR-00674-02-JM**

**KRISTOPHER MITCHELL**

### ORDER

Defendant's Motion to Reduce Sentence (Doc. No. 125) is DENIED because Amendment 821 does not lower his guideline range.[1]

IT IS SO ORDERED this 19th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE

---

[1] *See* U.S.S.G 1.10 (a)(2) ("Exclusions.—A reduction in the defendant's term of imprisonment is not consistent with this policy statement and therefore is not authorized under 18 U.S.C. § 3582(c)(2) if— . . . an amendment listed in subsection (d) does not have the effect of lowering the defendant's applicable guideline range.").